UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. Case No. 10CR03460-DMS |
| Plaintiff, ) | |
| v. ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| DANIEL ANGULO-JIMENEZ (4), ) aka: PAISITA, ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against DANIEL ANGULO-JINENEZ be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: January 20, 2015.

HONORABLE DANA M. SABRAW
United States District Court